# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 07, 2017

Mr. Robert R. Carr
Eastern District of Kentucky at Pikeville
110 Main Street
Suite 203 Federal Building
Pikeville, KY 41501-1144

Re: Case No. 16-6185, *Amy Mischler v. Jonah Stevens, et al*
Originating Case No. : 7:13-cv-00008

Dear Mr. Carr:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Niles Brian Cumbo
    Ms. Amy Jerrine Mischler

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-6185
_____

Filed: June 07, 2017

AMY JERRINE MISCHLER

    Plaintiff - Appellant

v.

JONAH LEE STEVENS

    Defendant - Appellee

and

DAVID DESKINS, et al

    Defendants

## MANDATE

Pursuant to the court's disposition that was filed 05/16/2017 the mandate for this case hereby issues today.

COSTS: None